UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KEYWANIE S. BRIDGEWATER,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>KYANA BARBERSHOP, et al.,<br><br>　　　　　　Defendants. | Case No. C23-1074-MJP<br><br>ORDER GRANTING APPLICATION<br>TO PROCEED IN FORMA PAUPERIS |

Because Plaintiff does not appear to have funds available to afford the $402.00 filing fee, Plaintiff financially qualifies for *in forma pauperis* (IFP) status pursuant to 28 U.S.C. § 1915(a)(1). Therefore, Plaintiff's IFP application, Dkt. 1, is GRANTED. However, the undersigned recommends review by the assigned District Judge under 28 U.S.C. § 1915 (e)(2)(B). The Clerk is directed to send copies of this Order to the parties and to the assigned District Judge.

Dated this 25th day of July, 2023.

　　　　　　　　　　　　　　　　　　　　　　　　　S. KATE VAUGHAN
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1