1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10

KEYWANIE S BRIDGEWATER,

CASE NO. C23-1074 MJP

11

Plaintiff,

ORDER OF DISMISSAL

12

v.

13

14

KYANA BARBERSHOP SALON
STAFF, KYIWANA WICKERS,
KEWANTE ANN WICKER,

15

Defendants.

16

17

18

The Court issues this Order <u>sua sponte</u> in light of its prior Order to Show Cause (Dkt. No.

19

6). As the Court noted in its Order, it does not appear to have subject matter jurisdiction over this

20

action. The Court has provided Plaintiff with an opportunity to respond to the Order and explain

21

how the Court has subject matter jurisdiction. Plaintiff has failed to respond. The Court continues

22

to find that it lacks subject matter jurisdiction for the reasons set forth in its Order. (<u>See</u> Dkt. No.

23

6.) The Court DISMISSES this action without prejudice for lack of subject matter jurisdiction.

24

ORDER OF DISMISSAL - 1

1        Additionally, as the Court warned in its Order, the Court finds that this matter should also

2   be dismissed under Federal Rule of Civil Procedure 41(b) for failure to prosecute because

3   Plaintiff failed to respond to the Order. This is an alternative basis on which the Court

4   DISMISSES this action without prejudice.

5        The clerk is ordered to provide copies of this order to Plaintiff and all counsel.

6        Dated August 28, 2023.

7

8                       Marsha J. Pechman
                    United States Senior District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER OF DISMISSAL - 2